IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMUALDO BELLO CELSO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6842** |
| | : | |
| **WARDEN PHILADELPHIA FEDERAL DETENTION CENTER J.L. JAMISON, FIELD OFFICE DIRECTOR JOHN RIFE, U.S. IMMIGRATION AND CUSTOMS ENFOCEMENT, SECRETARY MARKWAYNE MULLIN, ATTORNEY GEN. TODD BLANCHE** | : | |

# ORDER

**AND NOW**, this 16th day of September 2026, upon considering an incarcerated man's Petition for habeas corpus (ECF 1) seeking release from custody at the Federal Detention Center Philadelphia after residing in the United States since 2008 and being detained while on his way to work, Motion for temporary restraining order (ECF 2), Respondents' "Non-Opposition" (ECF 6) not opposing the relief sought but responding to "assist the Court in accurately understanding the governing legal framework and to avoid the adoption of arguments or interpretations that could have broader implications," considering the uncontested allegations regarding Petitioner's presence in our District and Respondents do not claim Petitioner is a danger to person or property or a flight risk, it is **ORDERED** we **GRANT** the Petition for habeas corpus (ECF 1) and **DENY** the Motion for temporary restraining order (ECF 2) as moot given the grant of the Petition (ECF 1) requiring we order:

1. Respondents shall release Romualdo Bello Celso from federal government custody no later than **1PM EST** on **September 16, 2026** and shall confirm their strict compliance with

today's Order through a Certification of Respondents' counsel filed no later than **5:00 PM EST** on **September 16, 2026**;

2. Respondents are temporarily enjoined from re-detaining Romualdo Bello Celso until no earlier than **September 30, 2026**;

3. Respondents cannot remove, transfer, or otherwise facilitate the removal of Mr. Bello Celso from the Eastern District of Pennsylvania until his underlying T visa petition is adjudicated; and,

4. The Clerk of Court **CLOSE** this case.[1]

**KEARNEY, J.**

[1] We today do not opine on the merits of the arguments raised by Petitioner and clarified by Respondent.